3O9CV39



FILED IN OPEN COURT
DATE 2-24-2010
DEPUTY CLERK

VERDICT FORM

We, the jury, upon the issues drawn, award the following damages:

1) Statutory Damages:

    $1,000 —

2) Punitive Damages

    __X__    _____
    Yes       No

If Yes:

$ 25,000 —

Date: 2-24-2010

_____
Foreperson