CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JUN 0 7 2010

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| DONALD E. NAILL, | ) | CASE NO. 3:09CV00039 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| LINCOLN MORTGAGE, LLC, et al., | ) | |
| Defendants. | ) | By: B. WAUGH CRIGLER |
| | ) | U.S. MAGISTRATE JUDGE |

For the reasons set forth in the court's Memorandum Opinion of even date, it is

ORDERED

that, in addition to the judgment heretofore entered for statutory and punitive damages upon the award by the jury on February 24, 2010, plaintiff, Donald Nail, have and recover judgment of the defendant, Lincoln Mortgage, LLC., the sum of $57,487.50 in attorneys' fees. The Clerk shall docket this judgment for attorneys' fees along with the judgment upon the jury's verdict in the judgment lien book of the court.

The Clerk of the Court hereby is directed to transmit a copy of this Oder to all counsel of record.

ENTERED: _____
U.S. Magistrate Judge

6-7-2010
Date